IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARCUS D. McQUEEN, #177303, | ) |
| Plaintiff, | ) |
| vs. | ) CIV. ACT. NO. 1:18-cv-109-TFM-MU |
| WETTERMARK KEITH, | ) |
| Defendants. | ) |

## **JUDGMENT**

In accordance with the Memorandum Opinion and Order entered on this date adopting the Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED,** and **DECREED** that that this action is hereby **DISMISSED without prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 16th day of September 2019.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE